IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARTIN SCHMOLDT,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5610

Opinion filed February 24, 2015.

An appeal from the Circuit Court for Escambia County.
W. Joel Boles, Judge.

Martin Schmoldt, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Brittany Rhodaback, Assistant Attorney General, for Appellee.

PER CURIAM.

      AFFIRMED.

RAY, MAKAR, and BILBREY, JJ., CONCUR.